UNITED STATES of America, Plaintiff—Appellee,

v.

Julio Cesar FELICIANO, Jr., Defendant—Appellant.

No. 10–10186.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 19, 2011.*

Filed Dec. 21, 2011.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Alison Sue Bachus, Assistant U.S. Attorney, Office of the U.S. Attorney, Phoenix, AZ, Randall M. Howe, Esquire, Assistant U.S. Attorney, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Marc Victor, Esquire, Chandler, AZ, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

## MEMORANDUM **

Julio Cesar Feliciano, Jr. appeals from his jury-trial convictions for armed bank robbery and use of a firearm. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Feliciano contends that his counsel rendered ineffective assistance because he admitted Feliciano's guilt to a count that exposed him to a possible life sentence. We decline to review this claim on direct appeal because the record is insufficiently developed and the legal representation was not so inadequate that it obviously denied Feliciano his Sixth Amendment right to

** This disposition is not appropriate for publication and is not precedent except as provid-

counsel. *See United States v. Daychild,* 357 F.3d 1082, 1095 (9th Cir.2004). Accordingly, we affirm the district court's judgment without prejudice to Feliciano raising this issue in a collateral attack on the conviction pursuant to 28 U.S.C. § 2255.

**AFFIRMED.**